CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARGARET A. FARRAND (Bar No. 235295)
(E-Mail: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
RUDY CAZAREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RUDY CAZAREZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>Respondent. | Case No. 22-CV-7113-DMG<br><br>**STATUS REPORT** |

On March 27, 2023, this Court issued an order appointing the Office of the Federal Public Defender for the limited purpose of addressing Mr. Cazarez's ability to pursue his compassionate release claims in federal court, given that he appeared to have been convicted and sentenced outside the United States. (Docket No. 16.) The Court's order directed appointed counsel to, after consulting with the government, file a status report or request a hearing within four weeks. (*Id.*) Undersigned counsel filed such a status report on April 23, 2023, stating that it appeared Mr. Cazarez could not pursue compassionate release in a United States federal court due his foreign conviction and sentence, but explaining that she was exploring other options for relief and requesting that the Court order counsel to file another status report with the Court within ninety days. (Docket No. 18.) On April 25, 2023, the court issued an order continuing the case to enable counsel to explore other avenues for relief for Mr. Cazarez and ordered counsel to file a status report on or before July 28, 2023. (Docket No. 19.) Counsel now files that status report.

Since April 25, 2023, counsel has been researching Mr. Cazarez's legal options and gathering records regarding his medical history, disciplinary and programming records in prison, family members and resources in the United States, and the circumstances of his prosecution, conviction, and sentencing in Mexico, for the purpose of preparing a request for sentence modification to be filed on his behalf with the United States Parole Commission. The Parole Commission has a procedure similar to compassionate release motions in federal court under 18 U.S.C. § 3582(c)(1), which is established by regulation. 28 C.F.R. § 2.68(k). Section 2.68(k)(7) enables the Parole Commission—which imposes sentences and release dates for prisoners transferred to the United States pursuant to treaty—to "reopen and modify the [prisoner's] release date if it determines that a circumstance set forth in 18 U.S.C. 3582(c) [the compassionate release statute] is satisfied." 28 C.F.R. § 2.68(k)(7).

While counsel has so far obtained a subset of Mr. Cazarez's prison records, additional records are expected to arrive from the Bureau of Prisons within the next

thirty days. Counsel has also obtained Mr. Cazarez's Parole Commission file containing information about his criminal proceedings in Mexico, and is in the process of interviewing his family members in the United States to create a plan for his release in the event the Parole Commission were to grant his request for an earlier release date. Counsel aims to file a request for a modified release date with the Parole Commission on Mr. Cazarez's behalf within the next 60 days. To enable the filing of this request, Mr. Cazarez asks that this Court continue the matter for an additional 70 days, and order counsel to file a further status report by that time.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 27, 2023

By *⁄s⁄ Margaret A. Farrand*

MARGARET A. FARRAND
Deputy Federal Public Defender
Attorney for Petitioner