CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARGARET A. FARRAND (Bar No. 235295)
(E-Mail: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
RUDY CAZAREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RUDY CAZAREZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>Respondent. | Case No. 22-CV-7113-DMG (MRW)<br><br>Honorable Michael Wilner<br><br>**PETITIONER'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HABEAS CORPUS ACTION (Fed. R. Civ. P. 41(a))** |

Petitioner Rudy Cazarez, through his counsel, Deputy Federal Public Defender Margaret A. Farrand, hereby moves this Court for an order dismissing without prejudice his habeas corpus action in United States District Court case number 22-CV-7113-DMG (MRW). This motion is made pursuant to Federal Rule of Civil Procedure 41(a), and is based on the attached declaration of counsel and waiver of petitioner, all files and records in this case, and such further information as might be requested by the Court regarding this motion. The government does not oppose this motion. *See* Declaration of Counsel, ¶ 13.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 26, 2024

By */s/ Margaret A. Farrand*
MARGARET A. FARRAND
Deputy Federal Public Defender
Attorney for Petitioner

**DECLARATION OF MARGARET A. FARRAND**

I, Margaret A. Farrand, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the chief of the appellate unit of the Office of the Federal Public Defender for the Central District of California, and am licensed to practice in this Court. I represent Petitioner Rudy Cazarez in this case.

2. Mr. Cazarez was convicted of Aggravated Homicide in Mexico, and sentenced to serve 23 years of imprisonment.

3. He was later transferred to the United States to serve his sentence.

4. On May 26, 2011, the United States Parole Commission issued a Treaty Transfer Determination Under 18 U.S.C. § 4106A, stating that Mr. Cazarez's offense was most similar to Second Degree Murder, and setting a release date after service of 262 months.

5. Mr. Cazarez's currently-projected release date is May 2, 2025. I am informed that he is scheduled to be released to a halfway house in May 2024.

6. On September 30, 2022, Mr. Cazarez initiated this action by filing a document titled "Emergency Motion Seeking Immediate Release from the BOP and Termination of Sentence Under 28 U.S.C. §2241." (Docket No. 1.) In it, Mr. Cazarez requested release due to, *inter alia*, inhumane conditions of confinement and inadequate medical care, citing to materials filed in *Torres v. Milusnic*, case no. 2:20-cv-4450-CBM-PVCx (C.D. Cal.). (*Id.*)

7. On October 19, 2022, this Court issued an order stating that the submissions in Mr. Cazarez's Emergency Motion were insufficient, and "on their face do not convincingly make out a plausible or convincing case for termination of a federal sentence." (Docket No. 5.) Nevertheless, the Court said that in the interests of justice it would allow Mr. Cazarez an opportunity to explain why he was entitled to further consideration of his claims. The Court ordered Mr. Cazarez to file a supplemental submission of no more than ten pages by November 10, 2022. (*Id.*)

8. In response to Mr. Cazarez's supplemental submissions, on March 27, 2023 this Court appointed undersigned counsel to represent Mr. Cazarez for the limited purpose of pursing his compassionate release claims in federal court, given that he appeared to have been convicted and sentenced outside the United States. (Docket No. 16.)

9. Since March 27, 2023, counsel has conferred with Mr. Cazarez regarding a potential request for sentence modification before the United States Parole Commission. Counsel has also obtained relevant medical and other records regarding Mr. Cazarez's case, and conducted additional investigation.

10. On January 26, 2024, counsel filed a status report stating that, based on the results of counsel's investigation to date and discussions with Mr. Cazarez, Mr. Cazarez had decided not to file a request for sentence modification with the United States Parole Commission at this time. (Docket No. 27.)

11. On January 30, 2024, this court issued an order expanding counsel's appointment on behalf of Mr. Cazarez, and directed counsel to inform the Court of Mr. Cazarez's plan for this action by or before February 27, 2024. (Docket no. 28.) The Court stated, "[i]f [Mr. Cazarez] wishes to voluntarily dismiss the current action without prejudice by that date, he may do so." (*Id.*)

12. I have advised Mr. Cazarez about his right to pursue the remaining claims in this habeas corpus action, and the potential consequences of doing so. Mr. Cazarez has informed me that he wishes to dismiss his habeas corpus petition in this action without prejudice. Attached as Exhibit A is a true and correct copy of Mr. Cazarez's signed declaration and waiver.

//

//

//

//

13. Today, February 26, 2024, I corresponded by email with counsel for the government in this action regarding this motion. Government counsel informed me that the government does not oppose Mr. Cazarez's motion to voluntarily dismiss this action without prejudice.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct. Executed at Los Angeles, California on February 26, 2024.

*/s/ Margaret A. Farrand*
MARGARET A. FARRAND

# EXHIBIT A

**DECLARATION OF RUDY CAZAREZ REGARDING DISMISSAL OF ACTION**

I, Rudy Cazarez, hereby declare and state:

1. I am the petitioner in *Cazarez v. Birkholz*, U.S.D.C. case no. 22-cv-7113-DMG (MRW).

2. In 2008 I was convicted of homicide in Mexico and sentenced to 23 years' imprisonment. I am serving my sentence in the United States. I am currently scheduled to be released to a halfway house in May 2024.

3. Having been advised by my attorney of my rights regarding the claims at issue in this case, the relevant facts and law bearing on those claims, and the consequences of dismissing this action, I have decided that I do not wish to pursue this action at this time and I wish to voluntarily dismiss it.

Executed this 13th day of February, 2024, at Lompoc, California.

Rudy Cazarez

RUDY CAZAREZ

Rudy Cazarez, # 84154-198
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

SANTA CLARITA CA 913
14 FEB 2024 PM 4 L

Mrs. Farrand
Central District of California
321 East 2nd Street
Los Angeles, CA 90012-4202

90012-420221

FEDERAL PUBLIC DEFENDER
FEB 16 2024
CENTRAL DIST. OF CALIFORNIA
LOS ANGELES, CALIFORNIA